IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE D. PELLOW, | : |
|     Plaintiff | : |
|     v. | : Case No. 3:23-cv-264-KAP |
| PRESBYTERIAN HOMES, INC., | : |
|     Defendant | : |

<u>Memorandum Order</u>

After a status conference this morning, it appears the following actions are appropriate:

The Clerk can terminate what is docketed at ECF no. 42 as Motion for Clarification as to 41 Order for Consent/DJO form because it is mooted by the filing of a more definite statement of the complaint at ECF no. 43 and ECF no. 44. The Clerk can also terminate the Motion for More Definite Statement at ECF no. 45 directed toward a previous version of the complaint, for the same reason.

Having considered the pleadings as amended, I direct the plaintiff to file, on or before April 30, 2024, an amended complaint. Defendant shall respond with a motion under Rule 12 or an Answer within 20 days. Any motion must be accompanied by a brief and must be responded to by the opposing party within 20 days.

Depending on the parties' filings I will schedule the next conference in this matter either to hear argument on any motion to dismiss, or to set a discovery/pretrial schedule and set a presumptive date for trial. The parties should call my courtroom deputy with times they are available for a Zoom conference in the week of June 10-14, 2024.

DATE: April 10, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF, and by U.S. Mail to:

Jesse D. Pellow
910 Old Route 22
Duncansville, PA 16635