IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JESSE D. PELLOW,                  :
         Plaintiff          :
        v.                : Case No. 3:23-cv-264-KAP
PRESBYTERIAN HOMES,      :
         Defendant      :

Memorandum Order

From the Answer filed, ECF no. 52, it appears that the parties intend to pursue ADR. Answer at 3. As I advised in my order or April 10, 2024, if the parties need any assistance from the court they should contact my courtroom deputy to schedule a Zoom conference. Otherwise the parties shall follow this pretrial schedule:

1.     Motions, other than those mentioned in ¶2 and ¶3 below, shall be accompanied by a memorandum of law and responded to within twenty days.

2.     Discovery shall, unless both parties agree otherwise, begin when ADR is completed and be completed by October 31, 2024.  Discovery motions should succinctly state the matter in dispute and need not be accompanied by any memorandum of law; discovery motions shall be responded to within five days.  Absent order to the contrary, the filing of a motion to dismiss or motion to compel discovery shall not stay discovery.

3.     Motions for summary judgment shall be filed on or before November 30, 2024, and shall be responded to by the opposing party within thirty days of filing.

4.     The dates for filing of pretrial statements and trial shall be scheduled after any dispositive motions have been decided. If no summary judgment motions are filed, plaintiff's pretrial statement shall be filed on or before December 31, 2024, and defendant's pretrial statement shall be filed on or before January 30, 2025.

Depending on the parties' filings I will schedule the next conference in this matter either to hear argument on any motion to dismiss, or to set a discovery/pretrial schedule and set a presumptive date for trial. The parties should call my courtroom deputy with times they are available for a Zoom conference in the week of June 10-14, 2024.

DATE:  May 7, 2024                                             
                                   Keith A. Pesto,
                                   United States Magistrate Judge

Notice by ECF, and by U.S. Mail to:

Jesse D. Pellow
910 Old Route 22
Duncansville, PA 16635